# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**JULIET LUO,** *et al.*<br><br>Defendants. | **CRIMINAL NO. GLR-17-0480** |

## CONSENT MOTION FOR ENTRY OF A
## PROTECTIVE ORDER GOVERNING DISCLOSURE OF
## PERSONAL IDENTITY INFORMATION

Pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, the United States hereby moves for entry by this Court of a protective order that will ensure the confidentiality of personal identity information that is included within the government's evidence in this case.

Entry of a protective order restricting the use, dissemination, and disposition of documents containing identity information is essential to permit the United States to provide extensive discovery to the Defendants while protecting the personal information of the alleged victims in this case.

The United States and the Defendants have conferred regarding a draft protective order proposed by the United States (the "Proposed Protective Order") and have reached an agreement with respect to all of the provisions contained therein.

-2-

A copy of the Proposed Protective Order bearing the signatures of counsel to the United States and Defendants is submitted herewith.

                        Respectfully submitted,

                        Stephen M. Schenning
                        Acting United States Attorney

                                /ss/
By:    _____
                        P. Michael Cunningham
                        Assistant United States Attorney
                        Dominique Park
                        Special Assistant United States Attorney