

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*P. Michael Cunningham*  *Suite 400*  *Direct: 410-209-4884*
*Assistant United States Attorney*  *36 S. Charles Street*  *Main: 410-209-4800*
*michael.cunningham@usdoj.gov*  *Baltimore, MD 21201-3119*  *Fax: 410-962-3091*

February 21, 2019

The Honorable George L. Russell, III
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

    Re:    *United States v. Ke "Jack" Zhang, et al.,* Criminal No. GLR-17-0480
           Status Report

Dear Judge Russell:

    All three defendants in the above-captioned case are in pretrial release status. The United States has provided extensive discovery in this case, and made discoverable material available for inspection by counsel for the defendants. The extensive documentary and digital material seized pursuant to search warrants, coupled with the fact that much of it is in Chinese language, has made for more challenging discovery disclosure.

    The parties have continued to discuss disposition of the cases short of trial. At this time, none of the defendants have executed plea agreements. As of February 19, 2019, Defendant Grayson is no longer represented by attorneys Anthony J. May and Joshua R. Treem. We nevertheless remain hopeful that we can reach negotiated pleas in light of the Court's crowded docket, and thus, we respectfully suggest that the case be docketed sometime after the summer of 2019 for a trial lasting approximately four weeks. With the concurrence of counsel for the Defendants, the government will file a motion to exclude time for Speedy Trial Act purposes.

    Please let us know if you need additional information.

                            Respectfully submitted,

                            Robert K. Hur
                            United States Attorney

        By:  _____
                P. Michael Cunningham
                Assistant United States Attorney
                Dominique Park
                Special Assistant United States Attorney

Rev. August 2018

cc: Ezra Gollogly and William Harrington, Esquires
Christian Lassiter and Katherine Newberger, Esquires