

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*P. Michael Cunningham*     *Suite 400*     *Direct: 410-209-4884*
*Assistant United States Attorney*     *36 S. Charles Street*     *Main: 410-209-4800*
*michael.cunningham@usdoj.gov*     *Baltimore, MD 21201-3119*     *Fax: 410-962-3091*

April 10, 2019

The Honorable George L. Russell, III
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

    Re:    *United States v. Ke "Jack" Zhang, et al.,* Criminal No. GLR-17-0480
                Government's Status Report

Dear Judge Russell:

    The three defendants in the above-captioned case remain in pretrial release status. The United States has provided extensive discovery in this case, and made the government files available for inspection by counsel for the defendants.

    As the Court knows, previous counsel for defendant Grayson were excused, and Mr. Barnard recently entered his appearance as counsel for that defendant. Mr. Barnard had a preliminary meeting with government counsel on April 8, 2019.

    Counsel for the parties have continued to discuss disposition of the cases short of trial, albeit none of the defendants have executed plea agreements. We hope that within the next sixty (60) days, two of the defendants may finalize negotiated pleas. In light of the Court's crowded docket, we respectfully suggest that the case be docketed sometime after the summer of 2019 for a trial lasting approximately three to four weeks. Counsel for Mr. Zhang advise that with language issues the government's initial estimate of the length of a trial is too short. It the Court concurs, and with the concurrence of counsel for the defendants, the government will file a motion to exclude time for Speedy Trial Act purposes.

Please let us know if you need additional information.

        Respectfully submitted,

        Robert K. Hur
        United States Attorney

        /ss/
By: _____
        P. Michael Cunningham
        Assistant United States Attorney
        Dominique Park
        Special Assistant United States Attorney

cc: Ezra Gollogly and William Harrington, Esquires (via email)
    Christian Lassiter and Katherine Newberger, Esquires (via email)
    Thomas Barnard, Esquire (via email)