IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Case No.: GLR-17-00480 |
| KE "JACK" ZHANG | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Ke "Jack" Zhang moves—without opposition—to modify the conditions of his release to permit him to withdraw $50,000 from his individual retirement annuity for the purpose of paying for his family's ongoing living expenses. In support of this request, he states as follows:

1. On January 25, 2018, this Court, the Honorable A. David Copperthite, ordered Mr. Zhang released pending trial.

2. As a condition of his release, Mr. Zhang executed an unsecured bond in the amount of $150,000. (ECF 45).

3. Also as a condition of his release, Mr. Zhang was ordered to "post with the court the following proof of ownership of the designated property....: Jackson National Life Insurance IRA Acct. # \*\*\*\*\*\*\*896." (ECF 44, p. 2.). As a January 25, 2018, this annuity had an accumulated value of $152,684.83. (ECF 45-1).

4. Mr. Zhang has complied with all conditions of his release.

5. Since his release, Mr. Zhang has endeavored to generate sufficient income to provide for his family, but has not succeeded. His wife lost her job earlier this year. They cannot pay their living expenses, which include costs to care for their young son.

6.  Mr. Zhang requests that this Court amend his conditions of release to permit him to withdraw up to $50,000 from his retirement annuity for the purpose of paying for his family's living expenses. Mr. Zhang also requests that he be permitted to withdraw any additional sums necessary to pay any early withdrawal tax penalties, taxes, withdrawal fees, and other costs attributable to this particular withdrawal.

7.  Mr. Zhang agrees to increase his unsecured bond by $50,000. A copy of a revised, unsecured appearance bond in the amount of $200,000 is attached as Exhibit 1.

8.  Undersigned counsel has conferred with Assistant United States Attorney Michael Cunningham, Special Assistant United States Attorney Dominique Park, and Pretrial Services Officer Helen Domico, and none objects to this request.

9.  For these reasons, Mr. Zhang requests that this Court modify his conditions of release to permit him to withdraw up to $50,000 from his IRA, and to increase his unsecured bond from $150,000 to $200,000.

Respectfully submitted,

Dated: May 23, 2019

/s/*William J. Harrington*
Ezra S. Gollogly (Bar No. 28088)
William J. Harrington (Bar No. 03863)
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
(410) 752-6030 (tel.)
(410) 361-8211 (fac.)
wharrington@kg-law.com
egollogly@kg-law.com
*Attorneys for Ke "Jack" Zhang*