IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. GLR-17-0480 |
| JULIET LUO | * | |

* * * * * * * * * * * * * *

## MOTION FOR MODIFICATION OF RELEASE ORDER

Juliet Luo, by and through her undersigned counsel, James Wyda, Federal Public Defender for the District of Maryland and Christian Bryan Lassiter, Assistant Federal Public Defender, hereby moves this Honorable Court to modify the conditions of release, terminating any restriction on Ms. Luo's use of computer systems, internet-capable devices and/or similar electronic device, as a condition of her release. Assistant United States Attorney Michael Cunningham has authorized undersigned counsel to state the Government does not oppose the requested modification of the release order. As grounds for the modification, Ms. Luo states the following:

1. Ms. Luo is charged in a multi-count indictment with conspiracy to commit wire fraud (in violation of 18 U.S.C. § 1349), visa fraud (in violation of 18 U.S.C. § 1546(a)) and related forfeiture allegations. Dkt. No. 54. A scheduling order has set trial to begin on May 2, 2022. Dkt. No. 134. The parties estimate that trial will last four weeks.

2. Ms. Luo made her initial appearance on November 22, 2017, at which time she was detained. Dkt. Nos. 24 & 26.

3. On April 3, 2018, the Court conducted a hearing to review the previous order of detention. Dkt. No. 66. At the conclusion of the hearing, the Court granted Ms. Luo's motion for

release.  The Court released Ms. Luo to the third-party custody of her daughter, Joy Ding.  Dkt. No. 68.  Ms. Luo resided with Mrs. Ding under electronic monitoring.  *Id*.

4.      Ms. Luo has resided in the community for over 45 months and demonstrated that she constitutes neither a flight risk, nor a danger to the community.  Because of her compliance with the conditions of release, the Court previously modified her release conditions to terminate electronic monitoring.  Dkt. No. 123.  The Court has also issued orders permitting her to attend particular family gatherings and functions.  Dkt. No. 77, 79, 85, 87, 92, 98, 106, 111.  The Court has also issued orders allowing Ms. Luo to accept full-time employment and to switch residences.  Dkt. No. 90, 114, 118.  Ms. Luo has abided by the modified conditions of release without issue.

5.      Currently, Ms. Luo's case has reached a critical juncture.  As previously referenced, the instant matter is scheduled for trial on May 2, 2022.  Dkt. No. 134.  Pretrial motion practice is set to begin on February 4, 2022.  *Id*.  Ms. Luo must be able to meaningfully review her case with undersigned counsel.  Because of the logistical restrictions presented by the COVID-19 Pandemic, coupled with discovery largely existing in digital format, Ms. Luo must have access to a computer.  Without said access, Ms. Luo will not be able to properly assist in her own defense.  Without the ability to have meaningful meetings with counsel, Ms. Luo's defense would be irreparably handicapped.

6.      Undersigned counsel has corresponded with Assistant United States Attorney Michael Cunningham, who has authorized undersigned counsel to represent to this Court that the Government consents to the requested modification.

**WHEREFORE**, Ms. Luo requests that this Court issue an order terminating any restriction on Ms. Luo's use of computer systems, internet-capable devices and/or similar electronic device as a condition of her release or grant her a hearing on the issue.  A proposed order is attached for the Court's convenience.

        Respectfully submitted,

        JAMES WYDA
        Federal Public Defender
        for the District of Maryland

        _____/s/_____
        CHRISTIAN BRYAN LASSITER (#805576)
        Assistant Federal Public Defender
        Office of the Federal Public Defender
        100 South Charles Street
        Tower II, 9th Floor
        Baltimore, Maryland  21201
        Phone: (410) 962-3962
        Fax: (410) 962-0872
        Email:  christian_lassiter@fd.org

DATE: January 19, 2022

## **CERTIFICATE OF SERVICE**

      I promise and attest that on January 19, 2022, the foregoing motion was filed on the ECF of the United States District Court for the District of Maryland, which provided all parties of record with notice of, and access to the motion.

_____

Christian Bryan Lassiter
Counsel for Juliet Luo