FILED _____ ENTERED
LOGGED _____ RECEIVED

MAR − 3 2022

PMC USAO#2013R00888

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

**UNITED STATES OF AMERICA**

v.

**JULIET LUO,**
  **a/k/a   Juliet Zhang,**
  **a/k/a   Hong Luo,**

    **Defendant.**

**CRIMINAL NO.  17-0480-GLR**

**(Making a Materially False Statement In a Visa Application, 18 U.S.C. § 1546(a); Aiding and Abetting, 18 U.S.C. § 2; Forfeiture)**

---

### SUPERSEDING INFORMATION

#### COUNT ONE
(Making a Materially False Statement In a Visa Application)

The United States Attorney for the District of Maryland charges that:

In or about March 2017, in the District of Maryland, and elsewhere,

**JULIET LUO,**
**a/k/a   Juliet Zhang,**
**a/k/a   Hong Luo,**

the defendant, did knowingly aid and abet in the making under oath of false statements with

respect to material facts in a document required by the immigration laws and regulations

prescribed thereunder, to wit, in the H-1B visa application for Yujing GAO, prepared and

submitted in or about March 2017, materially false statements regarding GAO's experience,

qualifications and her work status were made in the visa application, in support of the necessity

of GAO's employment in the United States.

18 U.S.C. §§ 2 and 1546(a)

March 2, 2022
Date

*Erek L. Barron*

Erek L. Barron
United States Attorney

1