# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | Case No. GLR-17-0480 |
| | : | |
| **JULIET LUO,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

The Court, having considered the defendant's Motion to Seal, and good cause having been shown, it is this **11th** day of March 2022, HEREBY ORDERED, that the motion is GRANTED. The Clerk is directed to place the Defense Sentencing Letter dated March 11, 2022, and its exhibits under seal.

_____
HON. GEORGE L. RUSSELL, III
United States District Court Judge