AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. GLR-17-0480 |
| JULIET LUO | ) | |
| a/k/a Juliet Zhang | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 03/25/2022

*Defendant's signature*

*Signature of defendant's attorney*

Christian Lassiter, Esquire
*Printed name of defendant's attorney*

*Judge's signature*

George L. Russell III, United States District Judge
*Judge's printed name and title*

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

MAR 2 5 2022

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY