IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No. GLR-17-0480 |
| **JULIET LUO** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Juliet Luo's request for return of her passport, and good cause having been shown, it is hereby,

ORDERED, that the Clerk of the Court or U.S. Probation and Pretrial Services shall return Ms. Luo's passport to her.

_____  4/13/2022
**George L. Russell, III**
**United States District Judge**