IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. GLR-17-0480 |
| | * | |
| JULIET LUO | * | |
|   a/k/a Juliet Zhang, | * | |
|   a/k/a Hong Luo, | * | |
| | * | |
| **Defendant** | | |
| | ******* | |

## MOTION FOR FINAL ORDER OF FORFEITURE

The United States of America hereby moves for a final order of forfeiture with respect to the property included in the preliminary order of forfeiture in this case, and in support states the following:

1. On March 25, 2022, the defendant JULIET LUO (the "Defendant") pled guilty to Making a Materially False Statement in a Visa Application, in violation of 18 U.S.C. § 1546(a). ECF No. 161.

2. On March 24, 2022, the Court entered a Preliminary Order of Forfeiture, ECF No. 158, forfeiting all of the Defendant's right, title, and interest in the following property to the United States:

   a. Approximately 7281 Chinese Yuan and assorted foreign currency seized from the Defendant on November 29, 2017 in Ijamsville, Maryland (Asset ID: 15-ICE-003260);

   b. Approximately $9,481 in U.S. Currency seized from the Defendant on November 29, 2017 in Ijamsville, Maryland (Asset ID: 15-ICE-003261);

   c. Approximately $377 in U.S. Currency seized from the Defendant on November 29, 2017 (Asset ID: 18-CBP-000189);

   d. Approximately $1,861.46 in funds seized from Bank of America account x1244 in the name of "Paradigm-V LLC" (Asset ID: 18-ICE-002783);

  e. Approximately $1,861.41 in funds seized from Capital One account x1728 in the name of "TY" or "HL" (Asset ID: 18-ICE-002796);

  f. Approximately $513.39 in funds seized from Capital Bank account x1018 in the name of "CM Equip LLC" (Asset ID: 18-ICE-002797);

  g. Approximately $2,966.04 in funds seized from Capital One account x3037 in the name of "Rinchenmo Wealth Management USA LLC" (Asset ID: 18-ICE-002798);

  h. Approximately $1,042.76 in funds seized from Capital Bank account x7711 in the name of "CM Equip LLC" (Asset ID: 18-ICE-002799);

  i. Approximately $47,510.49 in funds seized from Capital Bank x7718 in the name of "Paradigm-V LLC" (Asset ID: 18-ICE-002800); and

  j. Approximately $100,033.43 in funds from Capital One Account Close Out Cashier's Check Number 50942, issued on or about November 16, 2017, closing out account x1876 in the name of "American Melin Corp" (Asset ID: 18-ICE-002801)

(collectively, the "Subject Property").

  3. Pursuant to 21 U.S.C § 853(n)(1), the United States published notice of the forfeitures on the official government website, www.forfeiture.gov, from April 6, 2022 through May 5, 2022. *See* Declaration of Publication, <u>Exhibit 1</u>. The United States did not send direct notice to any parties, as there were no known potential claimants to the Subject Property identified based on a review of the relevant investigative materials.

  4. Accordingly, the United States has attempted to provide direct written notice "to the extent practicable" to all known potential third party claimants by "means reasonably calculated to reach the potential claimant[s]." *See* 21 U.S.C. § 853(n)(1); Fed. R. Civ. P. Supplemental Rule G(4)(b)(iii)(A); *see also United States v. Phillips*, 185 F.3d 183, 187 (4th Cir. 1999) ("As [21 U.S.C. § 853(n)(1)] makes clear, while notice through publication is required, written notice to specific persons known to have an interest is permissive.").

5.      No claims were filed with respect to the Subject Property and the deadline for doing so expired on June 5, 2022—30 days from the last date of publication. *See* 21 U.S.C. § 853(n)(2).

6.      As the Defendant's rights in the Subject Property have been forfeited to the United States and no timely third-party claims to the Subject Property have been received, the United States requests that the Court enter a Final Order of Forfeiture forfeiting the Subject Property.

**WHEREFORE**, the United States respectfully requests that the Court enter a Final Order of Forfeiture of the Subject Property and declares that pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure all third-party claims to the Subject Property have been resolved, and its Final Order of Forfeiture is now final with respect to the Subject Property.  A proposed order is attached for the convenience of the Court.

Respectfully submitted,

Erek L. Barron
United States Attorney

/s/ _____
P. Michael Cunningham
Assistant United States Attorney