IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. GLR-17-0480 |
| | * | |
| JULIET LUO | * | |
|   a/k/a Juliet Zhang, | * | |
|   a/k/a Hong Luo | * | |
|        Defendant | * | |

\*\*\*\*\*\*\*

## DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on April 6, 2022 and ending on May 5, 2022.  *See* Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 28, 2022 at Baltimore, Maryland.

Stephanie Williamson
Assistant United States Attorney

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# COURT CASE NUMBER: 17-CR-0480; NOTICE OF FORFEITURE

Notice is hereby given that on March 24, 2022, in the case of U.S. v. Jack Ke Zhang, et al, Court Case Number 17-CR-0480, the United States District Court for the District of Maryland entered an Order condemning and forfeiting the following property to the United States of America:

7281 Chinese Yuan out of the Assorted Foreign Currencies, seized on November 29, 2017, pursuant to the execution of a federal search warrant in the State and District of Maryland at 3029 Averly Road, Ijamsville (15-ICE-003260) which was seized from Juliet ZHANG on November 29, 2017 at 3029 Averley Road, located in Ijamsville, MD

$9,481.00 in U.S. Currency, seized on November 29, 2017, pursuant to the execution of a federal search warrant in the State and District of Maryland at 3029 Averly Road, Ijamsville (15-ICE-003261) which was seized from Juliet ZHANG on November 29, 2017 at 3029 Averley Road, located in Ijamsville, MD

$377 in U.S. Currency (18-CBP-000189) which was seized from Juliet Hong Zhang on November 29, 2017 at 3029 Averley Road, located in Ijamsville, MD

$1861.46 USD: Money traceable into, and held in Bank of America account number ending 1244 in the name of "Paradigm-V LLC" (18-ICE-002783) which was seized from Juliet ZHANG on April 19, 2018 at BANK OF AMERICA, 100 North Tryon Street, located in Charlotte, NC

$1861.46 USD: Money traceable into, and held in Capital One account number ending 1728 in the name of "TY" or ☐HL☐ (18-ICE-002796) which was seized from Juliet Zhang on April 02, 2018 at CAPITAL BANK NA, One Church Street, Suite 100, located in Rockville, MD

$513.39 USD: Money traceable into, and held in Capital Bank account number ending 1018 in the name of "CM Equip LLC" (18-ICE-002797) which was seized from Juliet Zhang on April 18, 2018 at CAPITAL BANK NA, One Church Street, Suite 100, located in Rockville, MD

$2966.04 USD: Money traceable into, and held in Capital One account number ending 3037 in the name of "Rinchenmo Wealth Management USA LLC" (18-ICE-002798) which was seized from Juliet Zhang on April 19, 2018 at CAPITAL BANK NA, One Church Street, Suite 100, located in Rockville, MD

1042.76 USD: Money traceable into, and held in Capital Bank account number ending 7711 in the name of "CM Equip LLC" (18-ICE-002799) which was seized from Juliet Zhang on April 18, 2018 at CAPITAL BANK NA, One Church Street,

Suite 100, located in Rockville, MD

$47510.49 USD: Money traceable into, and held in Capital Bank account number ending 7718 in the name of "Paradigm-V LLC" (18-ICE-002800) which was seized from Juliet ZHANG on April 18, 2018 at CAPITAL BANK NA, One Church Street, Suite 100, located in Rockville, MD

$100,033.43: Capital One Account Close Out Cashier's Check Number 50942, issued on or about November 16, 2017, closing out account ending 1876 in the name of "American Melin Corp" (18-ICE-002801) which was seized from Juliet ZHANG on November 28, 2017 at CAPITAL BANK NA, One Church Street, Suite 100, located in Rockville, MD

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (April 06, 2022) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1).  The ancillary petition must be filed with the Clerk of the Court, 101 W. Lombard Street, Baltimore, MD  21201, and a copy served upon Assistant United States Attorney Stephanie Williamson, 36 S. Charles Street, Fourth Floor, Baltimore, MD  21201.  The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture.  A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury.  *See* 28 U.S.C. Section 1746.  For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9.  The criteria for remission of the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Stephanie Williamson, 36 S. Charles Street, Fourth Floor, Baltimore, MD  21201.

This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between April 6, 2022 and May 05, 2022. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Jack Ke Zhang, et al

**Court Case No:** 17-CR-0480
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 04/06/2022 | 23.9 | Verified |
| 2 | 04/07/2022 | 23.9 | Verified |
| 3 | 04/08/2022 | 23.9 | Verified |
| 4 | 04/09/2022 | 23.9 | Verified |
| 5 | 04/10/2022 | 23.9 | Verified |
| 6 | 04/11/2022 | 23.9 | Verified |
| 7 | 04/12/2022 | 23.9 | Verified |
| 8 | 04/13/2022 | 23.8 | Verified |
| 9 | 04/14/2022 | 24.0 | Verified |
| 10 | 04/15/2022 | 23.9 | Verified |
| 11 | 04/16/2022 | 23.9 | Verified |
| 12 | 04/17/2022 | 23.9 | Verified |
| 13 | 04/18/2022 | 23.9 | Verified |
| 14 | 04/19/2022 | 21.0 | Verified |
| 15 | 04/20/2022 | 21.0 | Verified |
| 16 | 04/21/2022 | 22.8 | Verified |
| 17 | 04/22/2022 | 23.8 | Verified |
| 18 | 04/23/2022 | 23.9 | Verified |
| 19 | 04/24/2022 | 23.9 | Verified |
| 20 | 04/25/2022 | 23.9 | Verified |
| 21 | 04/26/2022 | 23.9 | Verified |
| 22 | 04/27/2022 | 23.9 | Verified |
| 23 | 04/28/2022 | 23.9 | Verified |
| 24 | 04/29/2022 | 23.9 | Verified |
| 25 | 04/30/2022 | 23.9 | Verified |
| 26 | 05/01/2022 | 23.9 | Verified |
| 27 | 05/02/2022 | 23.9 | Verified |
| 28 | 05/03/2022 | 23.9 | Verified |
| 29 | 05/04/2022 | 23.9 | Verified |
| 30 | 05/05/2022 | 23.9 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.