IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. GLR-17-0480** |
| | * | |
| **JULIET LUO** | * | |
|  a/k/a Juliet Zhang, | * | |
|  a/k/a Hong Luo, | * | |
| | * | |
| **Defendant** | | |
| | ******* | |

# FINAL ORDER OF FORFEITURE

Before the Court is the United States' Motion for a Final Order of Forfeiture. On March 24, 2022, the Court entered a Preliminary Order of Forfeiture, ECF No. 158 (the "Preliminary Order"), forfeiting all of the Defendant's right, title, and interest in the following property:

a. Approximately 7281 Chinese Yuan and assorted foreign currency seized from the Defendant on November 29, 2017 in Ijamsville, Maryland (Asset ID: 15-ICE-003260);

b. Approximately $9,481 in U.S. Currency seized from the Defendant on November 29, 2017 in Ijamsville, Maryland (Asset ID: 15-ICE-003261);

c. Approximately $377 in U.S. Currency seized from the Defendant on November 29, 2017 (Asset ID: 18-CBP-000189);

d. Approximately $1,861.46 in funds seized from Bank of America account x1244 in the name of "Paradigm-V LLC" (Asset ID: 18-ICE-002783);

e. Approximately $1,861.41 in funds seized from Capital One account x1728 in the name of "TY" or "HL" (Asset ID: 18-ICE-002796);

f. Approximately $513.39 in funds seized from Capital Bank account x1018 in the name of "CM Equip LLC" (Asset ID: 18-ICE-002797);

g. Approximately $2,966.04 in funds seized from Capital One account x3037 in the name of "Rinchenmo Wealth Management USA LLC" (Asset ID: 18-ICE-002798);

h. Approximately $1,042.76 in funds seized from Capital Bank account x7711

        in the name of "CM Equip LLC" (Asset ID: 18-ICE-002799);

    i. Approximately $47,510.49 in funds seized from Capital Bank x7718 in the name of "Paradigm-V LLC" (Asset ID: 18-ICE-002800); and

    j. Approximately $100,033.43 in funds from Capital One Account Close Out Cashier's Check Number 50942, issued on or about November 16, 2017, closing out account x1876 in the name of "American Melin Corp" (Asset ID: 18-ICE-002801)

(collectively, the "Subject Property");

WHEREAS, pursuant to 21 U.S.C. § 853(n)(1) and Rule 32.2 (b)(6)(C), the United States caused to be published on an official government internet site (www.forfeiture.gov), notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all identified third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no timely third-party claim to the Subject Property has been filed and the deadline for doing so has expired; and

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 982(a)(6) and Rule 32.2(b)(1) of Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all right, title, and interest to the Subject Property is hereby condemned, forfeited, and vested in the United States of America, and shall be disposed of according to law; and

3

IT IS FURTHER ORDERED that this Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

_____     _____
Date                                                        Hon. George L. Russell, III
                                                                  United States District Judge